(112 So. 187)

**Walter IKENER v. STATE.    (4 Div. 317.)**

Supreme Court of Alabama.    April 7, 1927.

Certiorari to Court of Appeals.

A. G. Seay, of Troy, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Walter Ikener for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ikener v. State, 112 So. 186.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.